AO 241
(Rev. 01/15)

*Case 3:21 CV 724 RGJ*

Page 2

### PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
### HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: | |
|---|---|---|
| Name (under which you were convicted): *Jefferson Circuit Court* | | Docket or Case No.: *08-CR-003686* |
| Place of Confinement : *Northpoint Training Ctr, P.O. Box 479, Burgin, KY 40310* | Prisoner No.: *B6701* | |
| Petitioner (include the name under which you were convicted) *Alexander Lee Ruff* | Respondent (authorized person having custody of petitioner) v. *Brad Adams, Warden* | |
| The Attorney General of the State of: *Kentucky* | | |

### PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    *Jefferson Circuit Court*
    *700 West Jefferson Street*
    *Louisville, Kentucky 40202*

    (b) Criminal docket or case number (if you know): *08-CR-003686*

2.  (a) Date of the judgment of conviction (if you know): *September, 2011*

    (b) Date of sentencing: *September 15, 2011*

3.  Length of sentence: *Life in Prison with Parole after Twenty-Five (25) years*

4.  In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case: *Murder, and Robbery*

6.  (a) What was your plea? (Check one)

    ☑ (1)   Not guilty         ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty             ☐ (4)   Insanity plea

AO 241
(Rev. 01/15)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? N/A

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☑ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☑ Yes    ☐ No

8.    Did you appeal from the judgment of conviction?

    ☑ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court: KENTUCKY SUPREME COURT

(b) Docket or case number (if you know): 2011-SC-000640-M

(c) Result: CONVICTION AND SENTENCE AFFIRMED

(d) Date of result (if you know): APRIL 25, 2013

(e) Citation to the case (if you know): RUFF V. COMMONWEALTH

(f) Grounds raised: PETITIONER WAS DENIED DUE PROCESS WHEN: (1) THE PROSECUTION USED ITS PEREMPTORY STRIKES TO REMOVE ALL POTENTIAL AFRICAN AMERICAN JURORS FROM THE JURY PANEL; (2) THE TRIAL COURT REFUSED TO SUPPRESS EVIDENCE OBTAINED AS THE RESULT OF AN ILLEGAL SEARCH; AND, (3) THE TRIAL COURT REFUSED TO SUPPRESS STATEMENTS MADE BY PETITIONER TO POLICE IN VIOLATION OF HIS FIFTH AMENDMENT RIGHTS.

_____

(g) Did you seek further review by a higher state court?    ☐ Yes  ☑ No

If yes, answer the following:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Result: N/A

_____

(4) Date of result (if you know): N/A

AO 241
(Rev. 01/15)

Page 4

(5) Citation to the case (if you know): _N/A_____

(6) Grounds raised: _N/A_____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _N/A_____

(2) Result: _N/A_____

_____

(3) Date of result (if you know): _N/A_____

(4) Citation to the case (if you know): _N/A_____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☑ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _JEFFERSON CIRCUIT COURT_____

(2) Docket or case number (if you know): _08-CR-003686_____

(3) Date of filing (if you know): _October 20, 2015_____

(4) Nature of the proceeding: _COLLATERAL ATTACK PURSUANT TO RCr 11.42_____

(5) Grounds raised: _PETITIONER RECEIVED CONSTITUTIONALLY INEFFECTIVE ASSISTANCE OF_

_COUNSEL WHEN TRIAL COUNSEL FAILED TO INVESTIGATE, PREPARE, AND PRESENT_

_MITIGATION EVIDENCE HE KNEW, OR REASONABLY SHOULD HAVE KNOWN_

_EXISTED, AND WAS READILY AVAILABLE TO HIM._

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☑ Yes  ☐ No

(7) Result: _DENIED_____

(8) Date of result (if you know): _JANUARY 15, 2015_____

Case 3:21-cv-00724-RGJ-LLK   Document 1   Filed 12/03/21   Page 4 of 18 PageID #: 4

AO 241
(Rev. 01/15)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: N/A

(8) Date of result (if you know): N/A

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

AO 241
(Rev. 01/15)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result:   N/A

(8) Date of result (if you know):   N/A

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☑ Yes    ☐ No

(2) Second petition:   ☐ Yes    ☑ No

(3) Third petition:   ☐ Yes    ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

N/A

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**   PETITIONER'S DUE PROCESS RIGHTS WERE VIOLATED WHEN THE PROSECUTION USED ITS PEREMPTORY STRIKES TO EXCLUDE EVERY AFRICAN/AMERICAN FROM THE JURY.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

THE PROSECUTOR OBJECTED TO THE SEATING OF EVERY POTENTIAL AFRICAN AMERICAN JUROR CALLED, AND THE TRIAL COURT GRANTED THOSE OBJECTIONS WHICH RESULTED IN PETITIONER BEING DENIED THE RIGHT TO BE TRIED BY A JURY OF HIS PEERS WHEN HE WAS TRIED BY AN ALL WHITE JURY.

(b) If you did not exhaust your state remedies on Ground One, explain why:   N/A

AO 241
(Rev. 01/15)

(c)     **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes     ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why:   *N/A*

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes     ☑ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition:   *N/A*

    Name and location of the court where the motion or petition was filed:   *N/A*

    Docket or case number (if you know):   *N/A*

    Date of the court's decision:   *N/A*

    Result (attach a copy of the court's opinion or order, if available):   *N/A*

    (3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ No

    (4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:   *N/A*

    Docket or case number (if you know):   *N/A*

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):   *N/A*

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

    BECAUSE IT WAS RAISED ON DIRECT APPEAL TO THE KENTUCKY SUPREME COURT

AO 241
(Rev. 01/15)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: WAS RAISED ON DIRECT APPEAL TO THE KENTUCKY SUPREME COURT.

**GROUND TWO:** PETITIONER'S DUE PROCESS RIGHTS WERE VIOLATED WHEN THE TRIAL COURT REFUSED TO SUPPRESS EVIDENCE OBTAINED AS THE RESULT OF AN ILLEGAL SEARCH.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

POLICE RECOVERED A FIREARM, AND OTHER EVIDENCE FROM THE ROBBERY PETITIONER WAS CONVICTED OF AS THE RESULT OF AN ILLEGAL SEARCH OF AN AUTOMOBILE IN WHICH PETITIONER WAS A PASSENGER. THE CAR WAS ALLEGEDLY STOPPED BECAUSE POLICE SAID THEY COULD NOT SEE THE TEMPORARY LICENSE PLATE. HOWEVER, AFTER ASCERTAINING THAT THE CAR WAS PROPERLY REGISTERED, POLICE CONTINUED TO DETAIN THE DRIVER, AND PASSENGERS AFTER THE PROBABLE CAUSE JUSTIFYING THE STOP EXPIRED, THEY THEN SEARCHED THE CAR, AND OBTAINED THE COMPLAINED OF EVIDENCE.

(b) If you did not exhaust your state remedies on Ground Two, explain why: N/A

(c) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

   (2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ☐ Yes   ☑ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: N/A

   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know): N/A

   Date of the court's decision:

AO 241
(Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available): _DENIED_____

_____

(3) Did you receive a hearing on your motion or petition?          ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_____

_____

Docket or case number (if you know): _N/A_____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _N/A_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_BECAUSE THE ISSUE WAS RAISED IN THE KENTUCKY SUPREME COURT ON DIRECT APPEAL._

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _N/A_____

_____

_____

**GROUND THREE:** _PETITIONER'S DUE PROCESS RIGHTS WERE VIOLATED WHEN THE TRIAL COURT_
_REFUSED TO SUPRESS STATEMENTS MADE BY PETITIONER TO POLICE IN VIOLATION OF THE FIFTH AMENDMENT._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_AFTER PETITIONER WAS ARRESTED HE WAS TAKEN TO AN ABANDONED RETIREMENT HOME, AND CHAINED_
_TO THE BASEMENT WALL. HE REMAINED CHAINED THROUGHOUT THE NIGHT. PETITIONER REPEATEDLY_
_REQUESTED AN ATTORNEY, AND REFUSED TO SIGN WAIVERS HE WAS PRESENTED WITH. NONETHELESS,_
_AFTER DAYS OF INTERROGATION, PETITIONER SUCCUMBED TO POLICE PRESSURE AND MADE_
_INCRIMINATING STATEMENTS WITHOUT BENEFIT OF COUNSEL._

_____

_____

AO 241
(Rev. 01/15)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _N/A_____

_____

_____

_____

_____

(c)   **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☑ Yes      ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:  _N/A_____

_____

_____

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  _N/A_____

Name and location of the court where the motion or petition was filed:  _N/A_____

_____

Docket or case number (if you know):  _N/A_____

Date of the court's decision:  _N/A_____

Result (attach a copy of the court's opinion or order, if available):  _N/A_____

_____

_____

(3) Did you receive a hearing on your motion or petition?        ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?        ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  _N/A_____

_____

Docket or case number (if you know):  _N/A_____

Date of the court's decision:  _N/A_____

Result (attach a copy of the court's opinion or order, if available):  _N/A_____

_____

_____

_____

AO 241
(Rev. 01/15)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

THIS ISSUE WAS RAISED ON DIRECT APPEAL TO THE KENTUCKY SUPREME CORT.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A

**GROUND FOUR:** PETITIONER RECEIVED CONSTITUTIONALLY INEFFECTIVE ASSISTANCE OF COUNSEL WHEN TRIAL COUNSEL FAILED TO INVESTIGATE, PRESENT, AND PRESENT MITIGATION EVIDENCE.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

PETITIONER SUFFERED CHILDHOOD TRAUMA, ABUSE, DRUG ADDICTION, AND MENTAL HEALTH ISSUES THAT TRIAL COUNSEL WAS, OR REASONABLY SHOULD HAVE BEEN AWARE OF. EVIDENCE TO VALIDATE THESE CLAIMS WAS, AND REMAINS READILY AVAILABLE. HOWEVER, TRIAL COUNSEL FAILED TO PROPERLY INVESTIGATE, PREPARE, AND PRESENT IT IN MITIGATION ON PETITIONER'S BEHALF.

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: BECAUSE CLAIMS OF INEFFECTIVE ASSISTANCE OF COUNSEL AT CUSTOMARILY RAISED ON POST-CONVICTION ACTIONS IN KENTUCKY.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: MOTION TO VACATE PURSUANT TO RCr 11.42

AO 241
(Rev. 01/15)

Name and location of the court where the motion or petition was filed:  JEFFERSON CIRCUIT COURT

400 WEST JEFFERSON STREET, LOUISVILLE, KENTUCKY 40202

Docket or case number (if you know):  08-CR-3686

Date of the court's decision:  JANUARY 29, 2015

Result (attach a copy of the court's opinion or order, if available):  DENIED

(3) Did you receive a hearing on your motion or petition?  ☑ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  KENTUCKY COURT OF APPEALS,

700 CAPITOL AVENUE, FRANKFORT, KENTUCKY 40601

Docket or case number (if you know):  2020 - CA - 000647

Date of the court's decision:  APRIL 9, 2021

Result (attach a copy of the court's opinion or order, if available):  DENIED

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Four:  N/A

AO 241
(Rev. 01/15)

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: N/A

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. N/A

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Ray Clooney, Misty Clark, and Amy Hannah, Louisville PDA, 717-719, West Jefferson Street, Louisville,

(b) At arraignment and plea: Kentucky 40202

(c) At trial: Id

(d) At sentencing: Id

(e) On appeal: Daniel T. Goyette, Cicely Jaracz Lambert, Louisville PDA, 717-719 West Jefferson Street, Louisville, KY 40202

(f) In any post-conviction proceeding: Daniel J. Cannon, 1205 E. Washington Street, Ste 111, Louisville, KY 40206.

(g) On appeal from any ruling against you in a post-conviction proceeding: Andrea Reed, 5 Mill Creek Park, Section 101, Frankfort, KY 40601

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          ☐ Yes     ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?          ☐ Yes     ☑ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Covid 19, and its aftermath has caused massive staff shortages which has resulted in the loss of access to the facilities necessary to research, develop, write, and even mail legal material. (Please see attached News Paper Article, and KY DOC Commissioner's Report).

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)     The time during which a properly filed application for State post-conviction or other collateral review with
respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
under this subsection.

Therefore, petitioner asks that the Court grant the following relief: To ISSUE AN ORDER DIRECTING THAT HE EITHER
RECEIVE A NEW TRIAL, OR BE RELEASED,

or any other relief to which petitioner may be entitled.

_____
N/A

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on November 30, 2011 (month, date, year).

Executed (signed) on November 30, 2011 (date).

_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

Alexander Ruff #186701
N.T.C
P.O. Box 479
Burgin ky 40310



$3.16
US POSTAGE
FIRST-CLASS
062S0006065532
40310
DEC 01 20
BURGIN POST
40310

James J. Vilt, Jr. Clerk,
US District Court
Western District of Kentucky
Gene Snyder US Courthouse
601 W. Broadway, Room 106
Louisville, KY 40202

Northpoint Training Center
DEC - 1 2021
Processed
Legal Mail

Burgin KY 40310

40310

James J. Vilt, Jr. Clerk,
US District Court
Western District of Kentucky
Gene Snyder US Courthouse
601 W. Broadway, Room 106
Louisville, KY 40202

Northpoint Training Center

DEC - 1 2021

Processed
Legal Mail

21 DEC -3 PM 1:04
WESTERN DISTRICT OF KY
US DISTRICT COURT CLERK
FILED US



RECEIVED

NOV 3 0 2021

Northpoint Training Center
Legal Library